# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| HEINDEL SIRIBUOR, | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | 2012-CV-00077-RBJ |
| | ) | |
| UHS OF DENVER, INC., d/b/a | ) | |
| HIGHLANDS BEHAVIORAL HEALTH | ) | **DISCLOSURE PURSUANT TO** |
| SYSTEMS | ) | **D.C.COLO.LCivR 7.4** |
| | ) | |
| and | ) | |
| | ) | |
| UHS OF DELAWARE, INC., d/b/a | ) | |
| UNIVERSAL HEALTH SERVICES, INC. | ) | |
| | ) | |
| *Defendant* | ) | |

---

Defendants, UHS of Denver, Inc. d/b/a Highlands Behavioral Health Systems and UHS of Delaware, Inc. ("UHSD") ("Defendants"), by and through undersigned counsel, submits Disclosure Pursuant to D.C.COLO.LCivR 7.4 as follows:

1. UHS of Delaware, Inc. – Universal Health Services, Inc. owns 100% of the stock of UHS of Delaware, Inc.

2. UHS of Denver, Inc.- Universal Health Services, Inc. owns 100% of the stock of UHS of Denver, Inc.

DATED: February 29, 2012.

Respectfully submitted,

/s/ Scott D. Sweeney
Scott D. Sweeney, #28854
WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP
1512 Larimer Street, Suite 550
Denver, CO 80202
Tel: (303) 572-5300

**CERTIFICATE OF SERVICE**

Pursuant to FED. R. CIV. P. 5, I hereby certify that on the 29th day of February, 2012, I caused to be served via CM/ECF and U.S. Mail a true and correct copy of the Disclosure Pursuant to D.C.COLO.LCivR 7.4 on the following:

Heindel Siribuor
P.O. Box 31151
Aurora, CO 80041
heindel@hotmail.com
*Plaintiff*

/s/ *Laura DeVico*
Laura DeVico