IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00077-RBJ-KLM

HEINDEL SIRIBUOR,

       Plaintiff,

v.

UHS OF DENVER, INC., d/b/a Highlands Behavioral Health System, and
UHS OF DELAWARE, INC., d/b/a Universal Health Services, Inc.,

       Defendants.

_____

## MINUTE ORDER

_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

       This matter is before the Court on **Defendants' Motion for Attorney's Fees** [Docket No. 19; Filed June 6, 2012] and **Plaintiff's Motion for Leave of the Court to Append to Response** [Docket No. 22; Filed June 11, 2012] (the "Motions").

       IT IS HEREBY **ORDERED** that the Motions are **DENIED WITHOUT PREJUDICE**. Neither Motion complies with D.C.COLO.LCivR 7.1A., which provides as follows: "The court will not consider any motion, other than a motion under Fed. R. Civ. P. 12 or 56, unless counsel for the moving party or a pro se party, before filing the motion, has conferred or made reasonable, good-faith efforts to confer with opposing counsel or a pro se party to resolve the disputed matter." Simply copying another motion's statement of conferral as Defendants did in their motion, and simply sending one conferral email with a response demanded three hours later as Plaintiff did in his motion, do not constitute reasonable, good-faith efforts to confer. The parties are cautioned that Rule 7.1A. requires "meaningful negotiations." *Hoelzel v. First Select Corp.*, 214 F.R.D. 634, 635 (D. Colo. 2003).

       Dated:  June 13, 2012